AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)  ☐ Original  ☐ Duplicate Original

**LODGED**
CLERK, U.S. DISTRICT COURT
10/22/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___RYO___ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California

**FILED**
CLERK, U.S. DISTRICT COURT
10/22/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ts___ DEPUTY

United States of America

v.

Yovany Macario Canil, AKA "Geovani Macario," AKA "Yovany Canil Canil,"

Defendant.

Case No. 2:25-mj-06579-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of June 6, 2025 in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111 | Assault on a Federal Officer |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
Complainant's signature

Ramel Moore, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: October 22, 2025

Judge's signature

City and state: Los Angeles, California

Hon. Stephanie S. Christensen, U.S. Magistrate Judge
*Printed name and title*

AUSA: Kali M. Yallourakis, x2426

**AFFIDAVIT**

I, RAMEL MOORE, being duly sworn, declare and state as follows:

## I. INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since December 2021. Upon joining the FBI, I attended and graduated from the FBI Basic Special Agent Training Course in Quantico, Virginia where I received training in a variety of investigative and legal matters, including case management, interviewing and interrogation, crisis management, crime scene analysis, cellular telephone analysis, evidence collection, social media exploitation, and handling confidential sources. From April 2022 to July 2023, I was assigned to the Los Angeles Metropolitan Task Force on Violent Gangs, where I investigated gang activity and criminal enterprises.

2. I am currently assigned to the FBI Los Angeles Field Division's Violent Crime Task Force ("VCTF"), which is comprised of law enforcement officers from the FBI, Los Angeles Police Department ("LAPD"), and other federal, state, and local law enforcement agencies. As a member of the VCTF, I am responsible for investigating kidnappings, murders, robberies, extortion, and other violent crimes. My investigations have included the use of investigative techniques to include surveillance; execution of search, seizure, and arrest warrants; telephone toll records; pen registers and trap traces; among other investigative techniques.

3. I have received basic training on cellular survey analysis and geo-location from the FBI Cellular Analysis and Survey Team. The training entailed utilizing cellular tower logs to identify subject phones from different crimes, even when it was not clear whether a cell phone was in use during the commission of the crime. I have also analyzed tower dump data sets and historical cell site data sets in my own investigations.

## II. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint against, and arrest warrant for, Yovany Macario Canil (AKA "Geovani Macario" / "Yovany Canil Canil" / "Geovany Canil Macario")[1] ("CANIL") for a violation of 18 U.S. Code § 111, Assault on a Federal Officer (the "SUBJECT OFFENSE").

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only and all dates and times are on or about those indicated.

---

[1] CANIL may use other names not listed above.

### III. SUMMARY OF PROBABLE CAUSE

3.     On June 6, 2025, in response to immigration enforcement actions conducted by federal law enforcement, protesters gathered in front of the Ambiance warehouse located at 927 Stanford Avenue, Los Angeles, California 90021.  There is probable cause to believe that, as federal government vehicles were leaving, a subject later identified as CANIL pepper sprayed into one of the government vehicles that was occupied by three members of the FBI Los Angeles Special Weapons and Tactics team ("FBI SWAT").  At that time, the passenger side windows were opened to manage crowd control.  The pepper spray affected at least two members of FBI SWAT with a burning sensation as their faces turned orange.  FBI identified CANIL through review of body-worn camera ("BWC") footage, social media, news reports, and legal process tying him to a phone number associated with a woman he was with during the incident.

### IV. STATEMENT OF PROBABLE CAUSE

4.     Based on my review of law enforcement reports, interviews of witnesses, conversations with other law enforcement agents, review of BWC footage, social media videos and news reports, and my own involvement in the investigation, I am aware of the following:

5. On June 6, 2025, in response to immigration enforcement actions conducted by federal law enforcement, protesters gathered in front of a location where federal law enforcement personnel were executing a criminal search warrant, namely the Ambiance warehouse located at 927 Stanford Avenue, Los Angeles, California 90021 (the "MAIN LOCATION"), shown below.



6. As the day progressed, more protesters arrived in front of the MAIN LOCATION, filming federal personnel and blocking the entrance of the MAIN LOCATION, and preventing vehicles from entering or exiting the premises.

 

7. As a result, from approximately 12:00pm to 2:00pm PST, FBI SWAT was deployed to assist with crowd control and making sure that the MAIN LOCATION's entrance was not obstructed.

8. Between 1:50pm and 2:00pm PST, as federal government vehicles were leaving the MAIN LOCATION and driving slowly on

Stanford Avenue, a male wearing a black shirt, grey pants and a black mask, with a large tattoo on his right arm with a distinct solid strip near his wrist (the "SUBJECT"), pepper sprayed one of the government vehicles occupied by three FBI SWAT members. At that time, the passenger side windows were opened to manage crowd control. The pepper spray affected at least two FBI SWAT members with a burning sensation as their faces turned orange.

 

9.   Through BWC review, social media postings, open-source database checks, and news reports, FBI personnel discovered that the SUBJECT appeared to be accompanied by a woman (the "COMPANION") at the protest outside of the MAIN LOCATION. The photograph below shows the SUBJECT alongside the COMPANION

outside the MAIN LOCATION before the above-described pepper spray incident:



10. Additionally, the photographs below depict the SUBJECT and the COMPANION walking away from the MAIN LOCATION after the above-described pepper spray incident:

 

11. While outside of the MAIN LOCATION, the COMPANION wore a mask, but on several occasions, she pulled down the mask and revealed her face:

 

With a clear picture of the COMPANION's face, law enforcement deployed facial recognition technology and identified M.E. as a possible match for the COMPANION.

12.  Through checks in law enforcement databases, FBI traced M.E. to phone number 323-283-5415 ("PHONE NUMBER 1"). Then, the FBI served a subpoena on T-Mobile seeking data related to PHONE NUMBER 1, including subscriber information. When T-Mobile provided data responsive to that subpoena, the FBI confirmed that M.E. was the subscriber of PHONE NUMBER 1.

13.  T-Mobile also provided call detail records for PHONE NUMBER 1 in response to the above-described subpoena. FBI personnel examined those call detail records and determined that PHONE NUMBER 1 had a large number of contacts with the phone number 424-702-0119 ("PHONE NUMBER 2") between June 5, 2025, and June 10, 2025).[2]

---

[2] More specifically, PHONE NUMBER 2 was the phone number that had the second highest number of contacts with PHONE NUMBER 1 during that time period.

14. Law enforcement conducted research on PHONE NUMBER 2 in law enforcement databases and discovered that the number was associated with CANIL.  The FBI served a subpoena on Apple Inc. seeking data related to PHONE NUMBER 2, including subscriber account information such as first/last name, home address, and iCloud account information.  When Apple provided data responsive to that subpoena, the FBI learned that that the first and last name listed for PHONE NUMBER 2 is "Geovani Macario."  Based on my review of the Apple subpoena records, I know that CANIL's name was also listed as "Geovanni Macario" (with two n's) in his Apple iCloud account.  The Apple iCloud account was created on approximately May 23, 2024.

15. Law enforcement research also showed that PHONE NUMBER 2 was associated with the TikTok account "elcherry012" and PHONE NUMBER 2 was linked to a WhatsApp account.  When FBI personnel located the TikTok and WhatsApp accounts, they noticed that they contained pictures of what appears to be the account holder with

the same distinctive tattoo as the SUBJECT, still shots of which were obtained from a YouTube video posted by a bystander:




WhatsApp (PHONE NUMBER 2)




TikTok ("elcherry012")




16. Additionally, law enforcement served a subpoena on Meta Platforms Inc. Based on my review of Meta Platforms Inc. subpoena returns, I know that PHONE NUMBER 2 is registered to an Instagram account with the username "Liroman_gio" and that PHONE NUMBER 2 is listed as a verified phone number for the account.

While the account has no posts, the profile picture matches the SUBJECT's tattoo:



17. Based on my review of a law enforcement investigative report, I know that a vehicle registered to CANIL was involved in a vehicular accident with another motorist in Los Angeles, California on July 28, 2024. The vehicle registered to CANIL was a black 2010 BMW 528i sedan bearing California license plate number 6JXS704. The registered home address was 2905 The Mall Street, Apartment 115, Los Angeles, California, 90023. According to the same investigative report, an occupant in the vehicle registered to CANIL had an Apple iPhone at the time of

the accident.  The Apple iPhone automatically called 9-1-1 after detecting a crash and that Apple iPhone used PHONE NUMBER 2.

    18.  Based on my review of law enforcement reports, open-source database checks through Accurint, and social media analysis, and in-person surveillance, a home address of 2905 The Mall Street, Los Angeles, California, 90023, was found to be associated with CANIL.

## V.  CONCLUSION

    19.  For all the reasons described above, there is probable cause to believe that CANIL violated 18 U.S.C. §§ 111 (assault on a federal officer).

/s/

Ramel Moore, Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone this 22nd day of October, 2025.

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE