**F I L E D**
CLERK, U.S. DISTRICT COURT

11/4/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ RYO _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>YOVANY CANIL MACARIO,<br><br>            Defendant. | CR 2:25-cr-00903-DOC<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 111(a)(1), (b):<br>Assault on Federal Officer<br>Resulting in Bodily Injury] |

The Grand Jury charges:

[18 U.S.C. § 111(a)(1), (b)]

On or about June 6, 2025, in Los Angeles County, within the Central District of California, defendant YOVANY CANIL MACARIO intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with victims M.B. and R.S., employees of the Federal Bureau of Investigation, and in doing so made physical contact with M.B. and R.S., while they were engaged in, and on account of, the

//

//

performance of their official duties, resulting in the infliction of bodily injury to M.B. and R.S.

A TRUE BILL

/S/ _____
Foreperson

BILAL A. ESSAYLI
First Assistant United States
Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes Section

KALI M. YALLOURAKIS
Assistant United States Attorney
General Crimes Section