*United States Probation & Pretrial Services*

United States District Court
Central District of California

**FILED**
CLERK, U.S. DISTRICT COURT
12/1/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: _____RYO_____ DEPUTY

Brian D. Karth
District Court Executive / Clerk of Court



Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer

PACTS No: 10493973

## Passport Receipt

Defendant Name: Yovany Macario Canil

Name on passport, if different: Canil Macario, Yovany

Country of Origin: Republica De Guatemala

Ordered by court in the Central District of California

Docket Number: 2:25-CR-0090301

U.S. Probation & Pretrial Services Headquarter

Edward R. Roybal Federal Building
and U.S. Courthouse
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-3332
Phone 213-894-4726 / Fax 213-894-0231

_Yovany Macario_ (signature)
**Surrendered By**

Susana Marrujo

_____
**Received By**

_____
**Returned To**

_____
**Surrendered By**

Purpose Returned
Address (if mailed)

_12-1-25_
**Date**

12/01/2025

_____
**Date**

_____
**Date**

_____
**Date**